UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON ELECTION INTEGRITY COALTION UNITED, a Washington State Nonprofit Corporation; ARTHUR CODAY, JR.; THOMAS J. PRETTYMAN; DIANE DEJONG; RITA BEITZ; DIANA BARKER; ROY FULLER; MARY LOU BURNS; BOB KALDOR; JANE MACLIN; JAMES MACLIN; RANDY TENDERING; JOHN BEITZ; MELISSA ELLER; SUSAN MISCHEL; LISA CUMMINGS; AMBER FITHIAN; JAMIE RENNINGER; DIANE MACKAY; JEREMY JOHNSON; ANDREW MARRONE; KATIE PERASSO; CARL WEDEKIND; ANNETTE BLANDINO; LUKE DETERMAN; TERRY O'CONNELL; WILLIAM COOK; JOSHUA A. DEJONG; KATIE SHEFFIELD; CAROL JONES; JAMES MISCHEL; GREG BURTON; BRENDA JEAN SMITH; BRENDON WILLIAM RUPPEL; KRISTY WELLES; LONNY BARTHOLOMEW; RUSSELL OSTLUND,<br><br>        Plaintiffs,<br><br>    vs.<br><br>GARTH FELL, Snohomish County Auditor; SNOHOMISH COUNTY and DOES 1-30, inclusive,<br><br>        Defendants. | No.  2:21-cv-1354<br><br>NOTICE OF REMOVAL<br><br>(Snohomish County Superior Court, Cause No. 21-2-04302-31) |

NOTICE OF REMOVAL   - 1
(C21-____-___)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

COME NOW Defendants Snohomish County and Garth Fell and allege as follows:

1. On September 16, 2021, the Summons and Verified Complaint in this matter were filed in Snohomish County Superior Court under Snohomish County Cause No. 21-2-04302-31. On September 16, 2021, a copy of the Summons and Verified Complaint were served upon the Snohomish County Auditor's Office. A true and correct copy of the Summons and Verified Complaint are attached to this Notice of Removal.

2. The Complaint alleges that Snohomish County and the Snohomish County Auditor violated 42 U.S.C. § 1983 and 14 U.S.C. § 1988 by conducting state and federal elections using an uncertified voting system. This Court has federal question jurisdiction over such claims pursuant to 28 U.S.C. § 1331. Plaintiffs also alleges claims under the Washington State Constitution, state common law and statutory claims. Under 28 U.S.C. § 1367(a) this Court has supplemental jurisdiction over all other claims that are so related to claims in the action within the court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.  Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

3. This notice is filed with this court within thirty (30) days after Defendants' receipt of the initial pleading setting forth a claim arising under federal law.  No defendant was served prior to September 16, 2021. With this Notice, all Defendants join in and consent to the removal of this action.

4. The attached summons and complaint constitute all pleadings, process and orders served on defendants by plaintiffs in this action. No motions are pending in the Snohomish County Superior Court.

NOTICE OF REMOVAL  - 2
(C21-____-___)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

5.      All Defendants in this matter reside and/or have their principal place of business in Snohomish County.  Moreover, a substantial part of the alleged events or omissions giving rise to Plaintiffs' claims occurred in Snohomish County.  Accordingly, Intra-district Assignment is appropriate in the Seattle Division of the Court, pursuant to LCR 3(d). *See also* LCR 101(e).

WHEREFORE, Defendants respectfully request that the above-entitled action be removed from the Superior Court of the State of Washington in and for the County of Snohomish to this court.

DATED this 4th day of October, 2021.

ADAM CORNELL
Snohomish County Prosecuting Attorney

By:  *s/ Lyndsey M. Downs*
LYNDSEY M. DOWNS, WSBA #37453
Deputy Prosecuting Attorney
Snohomish County Prosecutor-Civil Division
3000 Rockefeller Avenue, M/S 504
Everett, WA  98201
Ph: (425) 388-6330  /  Fax: (425) 388-6333
Lyndsey.downs@co.snohomish.wa.us
*Joint Counsel for Defendants Snohomish County and Snohomish County Auditor Garth Fell*

DATED this 4th day of October, 2021.

ADAM CORNELL
Snohomish County Prosecuting Attorney

By: *s/ Deborah A. Severson*
DEBORAH A. SEVERSON, WSBA #35603
Deputy Prosecuting Attorney
Snohomish County Prosecutor-Civil Division
3000 Rockefeller Avenue, M/S 504
Everett, WA  98201
Ph: (425) 388-6330  /  Fax: (425) 388-6333
Deborah.severson@co.snohomish.wa.us
*Joint Counsel for Defendants Snohomish County and Snohomish County Auditor Garth Fell*

NOTICE OF REMOVAL  - 3
(C21-____-___)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

DATED this 4th day of October, 2021.

ADAM CORNELL
Snohomish County Prosecuting Attorney

By: *s/ Alex J. Witenberg*
ALEX J. WITENBERG, WSBA #50356
Deputy Prosecuting Attorney

Snohomish County Prosecutor-Civil Division
3000 Rockefeller Avenue, M/S 504
Everett, WA  98201
Ph:  (425) 388-6330  /  Fax:  (425) 388-6333
Alex.witenberg@co.snohomish.wa.us

*Joint Counsel for Defendants Snohomish County and Snohomish County Auditor Garth Fell*

NOTICE OF REMOVAL   - 4
(C21-____-___)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

## DECLARATION OF SERVICE

I declare that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that, on this 4th day of October, 2021, I caused to be delivered the foregoing documents on the following parties by *First Class Postage Prepaid Mail* at the addresses indicated:

Washington Election Integrity Coaltion United
Attn:  Tamborine Borrelli, Director
13402 – 125th Avenue NW
Gig Harbor, WA  98329-4215

Arthur Coday, Jr.
P.O. Box 1786
Woodinville, WA  98072

Joshua A. deJong
11250 – 31st Place NE
Lake Stevens, WA  98258

Diane deJong
11250 – 31st Place NE
Lake Stevens, WA  98258

Rita Beitz
515 – 172nd Street NE
Arlington, WA  98223

John Beitz
515 – 172nd Street NE
Arlington, WA  98223

Roy Fuller
5807 - 64th Street SE
Snohomish, WA  98290

Mary Lou Burns
16011 – 95th Avenue SE
Snohomish, WA  98296

James Maclin
5817 Silvana Terrace Road
Stanwood, WA  98292

Jane Maclin
5817 Silvana Terrace Road
Stanwood, WA  98292

Lisa Cummings
1623 Meadow Place
Snohomish, WA  98290

Randy Tendering
212 W. Jensen Street
Arlington, WA  98223

Bob Kaldor
10907 – 23rd Drive SE
Everett, WA  98208

Melissa Eller
18221 – 114th Drive NE
Arlington, WA  98223

NOTICE OF REMOVAL  - 5
(C21-____-___)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

Susan Mischel
16605 W. Lake Goodwin Road
Stanwood, WA  98292

James Mischel
16605 W. Lake Goodwin Road
Stanwood, WA  98292

Amber Fithian
13027 – 12th Avenue NW
Marysville, WA  98271

Jamie Renninger
19505 Grannis Road
Bothell, WA  98012

Diane Mackay
9825 – 18th Avenue West, #C3
Everett, WA  98204

Jeremy Johnson
432 – 203rd Street SW
Lynnwood, WA  98036

Andrew Marrone
5709 – 137th Place SE
Everett, WA  98053

Katie Perasso
3402 – 103rd Avenue SE
Lake Stevens, WA  98258

Carl Wedekind
18309 E. Country Club Drive
Arlington, WA  98223

Terry O'Connell
9711 – 52nd Avenue NE
Marysville, WA  98270

William Cook
820 Cady Road, #D101
Everett, WA  98203

Diana Barker
17409 Redhawk Drive
Arlington, WA  98223

Annette Blandino
16823 – 123rd Place NE
Arlington, WA  98223

Luke Determan
6620 – 191st Street SW
Lynnwood, WA  98036

Katie Sheffield
20119 – 118th Street SE
Snohomish, WA  98290

Karol Jones
6203 Marine Drive
Tulalip, WA  98271

Thomas J. Prettyman
16710 – 58th Avenue NW
Stanwood, WA  98292

Greg Burton
12123 – 52nd Avenue NE
Marysville, WA  98271

Brenda Jean Smith
23402 Woods Creek Road
Snohomish, WA  98290

Brendon William Ruppel
23402 Woods Creek Road
Snohomish, WA  98290

NOTICE OF REMOVAL  - 6
(C21-____-___)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

Kristy Welles
4811 – 180th Street SW, #D207
Lynnwood, WA  98037

Lonny Bartholomew
12015 Marine Drive, #158
Tulalip, WA  98271

Russell Ostlund
6914 – 61st Drive NE
Marysville, WA  98270

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 4th day of October, 2021.

_____
Cindy Ryden, Legal Assistant

NOTICE OF REMOVAL  - 7
(C21-____-___)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333