# SCSC Cause #21-2-04302-31

# Docket 3 – Verified Complaint

21-2-04302-31
CMP          3
Complaint
11032286

FILED

21 SEP 16 PM 2:01

HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH

**SUPERIOR COURT OF THE STATE OF WASHINGTON**

**FOR THE COUNTY OF SNOHOMISH**

| | |
|---|---|
| WASHINGTON ELECTION INTEGRITY COALTION UNITED, a Washington State Nonprofit Corporation; ARTHUR CODAY, JR.; THOMAS J. PRETTYMAN; DIANE DEJONG; RITA BEITZ; DIANA BARKER; ROY FULLER; MARY LOU BURNS; BOB KALDOR; JANE MACLIN; JAMES MACLIN; RANDY TENDERING; JOHN BEITZ; MELISSA ELLER; SUSAN MISCHEL; LISA CUMMINGS; AMBER FITHIAN; JAMIE RENNINGER; DIANE MACKAY; JEREMY JOHNSON; ANDREW MARRONE; KATIE PERASSO; CARL WEDEKIND; ANNETTE BLANDINO; LUKE DETERMAN; TERRY O'CONNELL; WILLIAM COOK; JOSHUA A. DEJONG; KATIE SHEFFIELD; KAROL JONES; JAMES MISCHEL; GREG BURTON; BRENDA JEAN SMITH; BRENDON WILLIAM RUPPEL; KRISTY WELLES; LONNY BARTHOLOMEW; RUSSELL OSTLUND, | Case No.<br><br>**21 2 04302 31**<br><br>VERIFIED COMPLAINT FOR EQUAL PROTECTION; VIOLATION OF CIVIL RIGHTS; EQUITABLE RELIEF; INJUNCTIVE RELIEF; DECLARATORY RELIEF; PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION |
| Plaintiffs, | |
| v. | JURY DEMAND |
| GARTH FELL, Snohomish County Auditor; SNOHOMISH COUNTY, and DOES 1-30, inclusive, | |
| Defendants. | |

VER. COMPLAINT FOR EQUAL PROTECTION        1

Plaintiffs allege:

## I. PARTIES

1. Plaintiffs Arthur Coday, Jr., Thomas J. Prettyman, Diane deJong, Rita Beitz, Diana Barker, Roy Fuller, Mary Lou Burns, Bob Kaldor, Jane Maclin, James Maclin, Randy Tendering, John Beitz, Melissa Eller, Susan Mischel, Lisa Cummings, Amber Fithian, Jamie Renninger, Diane Mackay, Jeremy Johnson, Andrew Marrone, Katie Perasso, Carl Wedekind, Annette Blandino, Luke Determan, Terry O'Connell, William Cook, Joshua A. deJong, Katie Sheffield, Karol Jones, James Mischel, Greg Burton, Brenda Jean Smith, Brendon William Ruppel, Kristy Welles, Lonny Bartholomew, and Russell Ostlund ("Citizen Plaintiffs") are Snohomish County residents and lawful electors of Washington State who voted in the November 2020 General Election ("Election"). (Article VI, §1, Washington State Constitution).

2. Plaintiff Washington Election Integrity Coalition United ("WEiCU") is a Washington State nonprofit corporation with its principal office in Pierce County, Washington.

3. At all relevant times, Defendant Garth Fell is serving as the elected Auditor for the State of Washington, Snohomish County ("Auditor" and "County"), responsible for all Election procedures, elections staff, election workers, election observers, the accuracy of the County's Election vote tabulations, and certification of the County Election's tabulation results.

4. Defendant Snohomish County is a municipal corporation.

/ / /

/ / /

/ / /

## II. OVERVIEW

5. The Auditor is responsible for conducting the County's Election in violation of, *inter alia*, Plaintiffs' equal protection, due process and free speech rights under the Washington State and United States Constitutions. Plaintiffs demand a jury trial and seek a judgment for damages for violations of their civil rights stemming from the Auditor using an uncertified voting system, allowing or facilitating vote flipping, additions and/or deletions, and allowing or facilitating party preference tracking and/or ballot identification. Plaintiff WEiCU issued a records request for ballots to confirm or deny the conduct and seeks a Court order compelling release of the public records, including a Court order unsealing ballots under RCW 29A.60.110, for a full forensic audit conducted by Jovan Hutton Pulitzer, inventor of kinematic artifact detection and Maricopa County Arizona ballot auditor of approximately 2.1 million ballots.

## III. JURISDICTION, VENUE, LIMITATIONS

6. Any justice of the supreme court, judge of the court of appeals, or judge of the superior court in the proper county shall, by order, require any person charged with error, wrongful act, or neglect to forthwith correct the error, desist from the wrongful act, or perform the duty and to do as the court orders or to show cause forthwith why the error should not be corrected, the wrongful act desisted from, or the duty or order not performed, whenever it is made to appear to such justice or judge by affidavit of an elector that: (1) A wrongful act has been performed or is about to be performed by any election officer; or (2) Any neglect of duty on the part of an election officer has occurred or is about to occur. (RCW 29A.68.013(1), (2).)

7. Venue is proper in the County's Superior Court for Constitutional violations, wrongful acts and/or neglect of duty by Auditor during the County's Election. (RCW 29A.68.013(1), (2).) Given a troublesome recent trend of judges recusing themselves thereby

VER. COMPLAINT FOR EQUAL PROTECTION    3

forcing actions to more favorable venues, Plaintiffs request that the Court immediately disclose to the parties any direct or indirect communications with any third parties aimed at disrupting the Court's ability to administer this action in a fair and equitable manner.

8. The narrow 10 day limitations period of RCW 29A.68.013 subsection (3) does not apply to Plaintiffs' claims, as Plaintiffs are not seeking de-certification of the Election.

9. Plaintiffs do not know the true names of defendants Does 1 through 30, inclusive, who are therefore sued by such fictitious names. Plaintiffs will amend this complaint to show their true names and capacities when they are ascertained.

## IV. WRONGFUL ACTS: USE OF UNCERTIFIED VOTING SYSTEM

### RCW 29A.68.013(1) and/or (2)

### (Citizen Plaintiffs v. Auditor)

10. Plaintiffs incorporate the allegations of paragraphs 1 through 9 above, as though fully set forth herein.

11. Plaintiffs are informed and believe and thereon allege, that Auditor engaged in a wrongful act by using an uncertified voting system to tabulate votes for the Election.

12. Auditor, who oversees all elections for the County, is required by federal and state law to use an electronic voting system certified by a U.S. Election Assistance Commission (EAC) accredited Voting System Test Labs (VSTLs). (Help America Vote Act 2002 (HAVA), 52 USC §20971, RCW 29A.12.080, RCW 29A.12.020, WAC 434-335-010, WAC 434-335-250, WAC 434-335-040(f).)

13. No voting device or its component software may be certified unless it has been tested and approved by an EAC accredited VSTL. (*Id.*)

VER. COMPLAINT FOR EQUAL PROTECTION      4

14.     Plaintiffs are informed and believe and thereon allege, that at the time of VSTL testing of the voting system used by Auditor for the Election, the VSTL was not accredited by the EAC. As a result, the EAC's and state level purported 'certifications' of the system in reliance on the non-accredited testing reports are null and void, and the Election was conducted by Auditor in violation of state and federal law. ("Uncertified Voting System"; 52 USC §20971, RCW 29A.12.080, RCW 29A.12.020, WAC 434-335-010, WAC 434-335-250, WAC 434-335-040(f).)

15.     Plaintiffs are further informed and believe, and thereon allege, that in November 2020, Auditor personally certified the County's tabulation results generated by the Uncertified Voting System for the Election, and that such act was in further error and/or neglect under state and federal law.

## V. DECLARATORY RELIEF: USE OF UNCERTIFIED VOTING SYSTEM

### (Citizen Plaintiffs v. Auditor)

16.     Plaintiffs incorporate the allegations of paragraphs 1 through 15 above, as though fully set forth herein.

17.     A controversy has arisen relating to the legal rights of Plaintiffs and the legal duties of Auditor, in that Plaintiffs contend that any electronic voting system used by Auditor to tabulate votes must be properly and legally certified under state and federal law.

18.     Plaintiffs are informed and believe, and thereon allege, that Auditor disputes and denies the allegations of paragraphs 11 through 15 above.

19.     It is necessary and proper for the Court at this time to ascertain, determine and declare Plaintiffs' rights and the duties of Auditor as they pertain to the Uncertified Voting System used for the Election and future elections conducted by Auditor in the County.

/ / /

VER. COMPLAINT FOR EQUAL PROTECTION        5

## VI. EQUITABLE RELIEF: USE OF UNCERTIFIED VOTING SYSTEM

### (Citizen Plaintiffs v. Auditor)

20.     Plaintiffs incorporate the allegations of paragraphs 1 through 19 above, as though fully set forth herein.

21.     By reason of the matters alleged above, Plaintiffs' remedies at law are inadequate. Auditor must be preliminarily and permanently restrained from conducting elections on the Uncertified Voting System, as any additional elections conducted using the Uncertified Voting System will be in further violation of state and federal law. In addition, Plaintiffs will suffer irreparable injury in that their fundamental rights under the Washington State Constitution and/or United States Constitution, and amendments, will be further violated.

22.     Accordingly, Plaintiffs are entitled to a preliminary and permanent injunction (or, alternatively, in the Court's discretion, the issuance of a writ of mandamus under RCW 7.16.160) barring Auditor from using the Uncertified Voting System or any uncertified voting system to tabulate votes in any election held in the County.

## VII. WRONGFUL ACTS: VOTE FLIPPING, ADDITIONS, AND/OR DELETIONS

### RCW 29A.68.013(1) and/or (2)

### (Citizen Plaintiffs v. Auditor)

23.     Plaintiffs incorporate the allegations of paragraphs 1 through 22 above, as though fully set forth herein.

24.     Prior to assuming the duties of overseeing elections for the County, Auditor entered into a solemn contract with the citizens of the County in the form of a publicly sworn oath to, *inter alia*, 'faithfully and impartially discharge the duties of his or her office to the best of his or her ability." (RCW 36.16.040; "Oath")

VER. COMPLAINT FOR EQUAL PROTECTION      6

25. Contrary to Auditor's Oath, Plaintiffs are informed and believe and thereon allege, that Auditor engaged in wrongful acts, errors and/or neglect of duty by allowing and/or facilitating electronic manipulation of the voting results from the Election.

26. Plaintiffs are informed and believe and thereon allege, based on official electronic tallies recorded and electronically reported and captured in real time, that approximately 6,000 votes were flipped, over 400,000 votes were added, and/or thousands of votes were removed in one or more state-wide races before, during, and/or after the Election. Plaintiffs are informed and believe and thereon allege, that a portion of the state-wide vote flipping, additions and/or deletions occurred in the County's Election overseen by Auditor.

## VIII. DECLARATORY RELIEF: VOTE FLIPPING, ADDITIONS AND/OR DELETIONS
### (Citizen Plaintiffs v. Auditor)

27. Plaintiffs incorporate the allegations of paragraphs 1 through 26 above, as though fully set forth herein.

28. A controversy has arisen relating to the legal rights of Plaintiffs and the legal duties of Auditor, in that Plaintiffs contend that Auditor engaged in a wrongful act, error and/or neglect of duty by allowing and/or facilitating electronic manipulation of the voting results from the Election.

29. It is necessary and proper for the Court at this time to ascertain, determine and declare Plaintiffs' rights and the duties of Auditor with regard to the alleged vote flipping, additions and/or deletions before, during and/or after the Election.

/ / /

/ / /

/ / /

VER. COMPLAINT FOR EQUAL PROTECTION     7

## IX. EQUITABLE RELIEF: VOTE FLIPPING, ADDITIONS, AND/OR DELETIONS

### (Citizen Plaintiffs v. Auditor)

30.     Plaintiffs incorporate the allegations of paragraphs 1 through 29 above, as though fully set forth herein.

31.     By reason of the matters alleged above, Plaintiffs' remedies at law are inadequate. Auditor must be preliminarily and permanently restrained from allowing and/or facilitating electronic manipulation of the voting results from the Election. In addition, Plaintiffs will suffer irreparable injury in that their fundamental rights under the Washington State Constitution and/or United States Constitution, and amendments, will be further violated.

32.     Accordingly, Plaintiffs are entitled to a preliminary and permanent injunction (or, alternatively, in the Court's discretion, the issuance of a writ of mandamus under RCW 7.16.160) barring Auditor from allowing and/or facilitating electronic manipulation of the voting results from the Election.

## X. WRONGFUL ACTS: PARTY PREFERENCE

### RCW 29A.68.013(1) and/or (2)

### (Citizen Plaintiffs v. Auditor)

33.     Plaintiffs incorporate the allegations of paragraphs 1 through 32 above, as though fully set forth herein.

34.     Contrary to Auditor's Oath of impartiality, Plaintiffs are informed and believe and thereon allege, that Auditor engaged in wrongful acts, errors and/or neglect of duty by allowing and/or facilitating: 1) maintaining a record of County elector party preference in violation of RCW 29A.08.166; and/or 2) identifying ballots cast by County electors in the Election by party preference. (RCW 29A.08.166)

VER. COMPLAINT FOR EQUAL PROTECTION     8

## XI. DECLARATORY RELIEF: PARTY PREFERENCE

### (Citizen Plaintiffs v. Auditor)

35.    Plaintiffs incorporate the allegations of paragraphs 1 through 34 above, as though fully set forth herein.

36.    A controversy has arisen relating to the legal rights of Plaintiffs and the legal duties of Auditor, in that Plaintiffs contend that Auditor engaged in wrongful acts, errors and/or neglect of duty by: 1) maintaining a record of County elector party preference in violation of RCW 29A.08.166; and/or 2) identifying ballots cast by County electors in the Election by party preference. (RCW 29A.08.166)

37.    It is necessary and proper for the Court at this time to ascertain, determine and declare Plaintiffs' rights and the duties of Auditor with regard to the alleged party preference conduct.

## XII. EQUITABLE RELIEF: PARTY PREFERENCE

### (Citizen Plaintiffs v. Auditor)

38.    Plaintiffs incorporate the allegations of paragraphs 1 through 37 above, as though fully set forth herein.

39.    By reason of the matters alleged above, Plaintiffs' remedies at law are inadequate. Auditor must be preliminarily and permanently restrained from allowing and/or facilitating party preference tracking and/or ballot identification. In addition, Plaintiffs will suffer irreparable injury in that their fundamental rights under the Washington State Constitution and/or United States Constitution, and amendments, will be further violated.

40.    Accordingly, Plaintiffs are entitled to a preliminary and permanent injunction (or, alternatively, in the Court's discretion, the issuance of a writ of mandamus under RCW 7.16.160)

VER. COMPLAINT FOR EQUAL PROTECTION      9

barring Auditor from: 1) maintaining a record of County elector party preference in violation of RCW 29A.08.166; and/or 2) identifying ballots cast by County electors in the Election by party preference. (RCW 29A.08.166)

## XIII. PUBLIC RECORDS ACTION

### RCW 29A.68.013(1) and/or (2); RCW 42.56.030; RCW 42.56.550; RCW 29A.60.110

### (Plaintiff WEiCU v. Auditor and County)

41.     Plaintiffs incorporate the allegations of paragraphs 1 through 40 above, as though fully set forth herein.

42.     In order to prove (or disprove) Plaintiffs' allegations herein, WEiCU brings this Public Records Act action to compel Defendants to provide access to public records from the Election for a full forensic audit. (RCW 42.56.030, 42.56.550, 29A.60.110).

43.     In August 2021, Plaintiff WEiCU submitted a records request to Auditor requesting original ballots, ballot images, spoiled ballots, adjudication records, ballot envelopes, and returned ballots for the Election. (RCW 42.56, "PRR"). The County denied one or more of the requested documents in WEiCU's PRR as exempt under RCW 42.56 citing RCW 29A.60.110 and/or White v. Clark County, 199 Wn.App. 929 (2017) ("PRR Denial"; "White Case").

44.     Contrary to the PRR Denial, RCW 29A.60.110 does not prohibit ballot review and expressly permits court ordered review of ballots. In addition, the White Case relies on WA State Constitution Article 6, Section 6 as grounds for refusing access to ballots, but that provision actually guarantees secrecy <u>only</u> in the preparation and deposit of ballots, and says nothing about secrecy following an election: "The legislature shall provide for such method of voting as will secure to every elector absolute secrecy in **preparing** and **depositing** his ballot." [WA State Const. Art. 6, § 6 [emphasis added].)

VER. COMPLAINT FOR EQUAL PROTECTION     10

45.     Article 6, Section 6 does not prohibit public access to unidentifiable ballots after an election. Such interpretation of the State Constitution would prevent any ballot reviews relating to wrongful acts in an election and would be contrary to Article 1, Section 19 of the Washington State Constitution which ensures fair and free elections in our state: "All Elections shall be free and equal, and no power, civil or military, shall at any time interfere to prevent the free exercise of the right of suffrage."

46.     Moreover, the State Constitution is consistent with Washington State law and administrative code, which provide that access to ballots or ballot images via court order is entirely appropriate to prove or disprove election irregularities, and that such review "shall be de novo." (RCW 42.56.030 [the people do not yield their sovereignty to the agencies and insist on remaining informed so that they may maintain control over the instruments they have created to assure public interest is fully protected]; RCW 42.56.550(3) [judicial review of all agency actions taken or challenged under the [PRA] "shall be de novo".]; RCW 29A.60.110 [allows unsealing of ballots "...by order of the superior court in a contest or election dispute."]; WAC 434-261-045 ["Voted ballots and voted ballot images may . . . be accessed in accordance with RCW 29A.60.110 [unsealing of ballots allowed by court order]).

47.     Numerous courts outside of Washington State have ruled that ballots are public records and subject to inspection: "Nothing could be more obvious than that a ballot becomes a public record once it is voted." (*Rogers v. Hood*, 906 So. 2d 1220, 1223 (Fla. Dist. Ct. App. 2005); *Marks v. Koch*, 284 P.3d 118, 122 (Colo. App. 2011) [ballot secrecy is not violated if "the identity of the voter cannot be discerned from the face of that ballot"]).

48.     Defendants must be compelled to comply with the PRR not only because the documents requested are public records, but also to prove (or disprove) the allegations herein.

WEiCU further requests that the Court unseal the ballots under RCW 29A.60.110, as Plaintiff WEiCU stands ready, willing and able to conduct a full forensic audit of the requested public records in coordination with Jovan Hutton Pulitzer, inventor of kinematic artifact detection and Maricopa county Arizona ballot auditor of 2020 General Election 2.1 million ballots.

## XIV. DECLARATORY RELIEF: VIOLATIONS OF CONSTITUTIONAL RIGHTS

## WA STATE CONSITUTION ART. I, § 1, § 2, § 3, § 12, §19, §29; ART. VI, §6,

## US CONSTITUTION AMENDMENTS I, XIV

### (Citizen Plaintiffs v. Auditor)

49.     Plaintiffs incorporate the allegations of paragraphs 1 through 48 above, as though fully set forth herein.

50.     The right to freely elect one's representatives and to influence the political direction of one's government is the democratic republic's indispensable political foundation. Without free elections, there is neither the possibility for citizens to express their will nor the opportunity for citizens to change their leaders, approve policies for the country, address wrongs, or protest the limitation of their rights afforded to them by the Constitution. (Article 1, §19 Washington State Constitution).

51.     Moreover, Constitutional requirements and mandates may not be ignored by Auditor or this Court. (Article 1, §2, §29, Washington State Constitution.) Elections establish the citizenry's and the individual's right to FREE SPEECH as depicted by the First Amendment of the Constitution of the United States of America. Accordingly, Plaintiffs hereby demand of the Superior Court that the state and federal Constitutions be followed so that free and fair elections may be held in the County consistent with the free speech will of the People.

52. Article 1 § 3 of the Washington State Constitution states: "No person shall be deprived of life, liberty, or property without due process of law." The right to vote is a fundamental right to which all lawful citizens of Washington State who meet the requirements are entitled, and as such this right is a "liberty" protected under Article 1 Section 3 of the Washington State Constitution.

53. A controversy has arisen relating to the legal rights of Plaintiffs and the legal duties of Auditor, in that Plaintiffs contend as follows:

a. Auditor's wrongful acts as alleged herein infringed upon Plaintiffs' fundamental rights of equal protection, due process, and/or free speech under the Washington State Constitution and/or United States Constitution and amendments;

b. Because Auditor failed to follow state and federal law, qualified electors were denied their fundamental right of suffrage without due process of law. Qualified electors who voted similarly had the value of their votes diluted, and the will of said voters denied, without due process of law;

c. That the principles of equal protection require that Auditor abide by the process created by the Legislature to ensure uniform treatment of ballots regardless of who cast them, the manner in which they are cast, and/or who or what was voted for upon those ballots;

d. That Auditor's conduct alleged herein abridged Plaintiffs' rights under the fourteenth amendment to the United States Constitution, which reads in relevant part: "No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state ... deny to any person within its jurisdiction the equal protection of the laws." The requirements of the special "privileges or immunities" prohibition of WA State

VER. COMPLAINT FOR EQUAL PROTECTION    13

Const. Art. 1, § 12 are in most cases at least as stringent as those of the federal equal protection clause. *Hunter v. North Mason High Sch.*, 85 Wn.2d 810, 819 n. 9, 539 P.2d 845 (1975);

e.    That ballots from County electors, including Plaintiffs herein, were not treated equally nor given equal levels of protection under the law; and,

f.    That Plaintiffs' state and/or federal Constitutional rights have been abridged as a proximate result of Auditor's conduct as alleged herein.

54.    Plaintiffs are informed and believe, and thereon allege, that Auditor disputes and denies the contentions set forth in subparagraphs (a) through (f) above.

55.    It is necessary and proper for the Court at this time to ascertain, determine and declare Plaintiffs' rights and the duties of Auditor, as they pertain to the Election and future elections in the County.

## XV. INJUNCTIVE RELIEF: VIOLATIONS OF CONSTITUTIONAL RIGHTS

### (Citizen Plaintiffs v. Auditor)

56.    Plaintiffs incorporate the allegations of paragraphs 1 through 55 above, as though fully set forth herein.

57.    By reason of the matters alleged above, Plaintiffs' remedies at law are inadequate. Unless Auditor is immediately and permanently restrained from taking any further actions in violation of Plaintiff's Constitutional rights, Plaintiffs will suffer irreparable injury in that, among other things, their fundamental rights under the Washington State Constitution and/or United States Constitution, and amendments, will be further violated.

58.    Accordingly, Plaintiffs are entitled to a preliminary and permanent injunction (or, alternatively, in the Court's discretion, the issuance of a writ of mandamus under RCW 7.16.160) barring Auditor from:

VER. COMPLAINT FOR EQUAL PROTECTION    14

a) Using an Uncertified Voting System;

b) Allowing or facilitating vote flipping, additions and/or deletions; and/or

c) Allowing or facilitating party preference tracking and/or ballot identification.

## XVI. DAMAGES FOR CIVIL RIGHTS VIOLATIONS

### 42 USC §1983, §1988

### (Citizen Plaintiffs v. Auditor)

59.     Plaintiffs incorporate the allegations of paragraphs 1 through 58 above, as though fully set forth herein.

60.     Every person who, under color of any statute, ordinance, regulation, custom, or usage of any State . . . subjects, or causes to be subjected, any citizen of the United States . . . to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. (42 U.S.C. §1983).

61.     Auditor's actions as alleged herein were done under color of state law.

62.     While acting under color of state law, and as a proximate result of Auditor's conduct, Auditor deprived Plaintiffs of their federal rights under, *inter alia,* the First and/or Fourteenth Amendments to the United States Constitution.

63.     Plaintiffs have incurred and will incur expenses of suit as a result of this proceeding, in an amount that cannot yet be ascertained, and reserve all rights to recovery under 42 U.S.C. Sections 1983 and 1988.

### XVII. DEMAND FOR JURY TRIAL

64.     Auditor's conduct alleged herein raises serious questions of fact. (RCW 4.44.090 [all questions of fact shall be decided by the jury].) Plaintiffs' right of trial by jury "shall remain

VER. COMPLAINT FOR EQUAL PROTECTION     15

inviolate". (Washington State Constitution, Art. 1, §21; US Constitution Amendment VII.) Plaintiffs hereby demand a jury trial.

## XVIII. RELIEF SOUGHT

WHEREFORE, PLAINTIFFS pray for judgment as follows:

1. That Auditor be found in error and/or neglect for using an Uncertified Voting System during the Election;

2. That Auditor be found in error and/or neglect for allowing and/or facilitating vote flipping, additions and/or deletions before, during and/or after the Election;

3. That Auditor be found in error and/or neglect for allowing or facilitating party preference tracking and/or ballot identification for the Election; -

4. That Auditor be ordered to desist from the following errors and wrongful acts and facilitation thereof:

   a) Using an Uncertified Voting System;

   b) Allowing or facilitating vote flipping, additions and/or deletions; and/or,

   c) Allowing or facilitating party preference tracking and/or ballot identification;

5. That Auditor and/or Defendant County be compelled and ordered to comply with WEiCU's PRR, including a Court order unsealing ballots under RCW 29A.60.110, for the purpose, *inter alia*, of a full forensic audit conducted by Jovan Hutton Pulitzer, inventor of kinematic artifact detection and Maricopa county Arizona ballot auditor of 2020 General Election 2.1 million ballots;

6. For a declaration that Auditor's actions violated Plaintiffs' Constitutional Rights to Equal Protection, Due Process, and/or Free Speech Under the Law (WA State Const., Art I, § 1, § 2, § 3, § 12, §19, §29 ; Art. VI, §6, US Const. Amendments I and/or XIV.)

VER. COMPLAINT FOR EQUAL PROTECTION      16

7. For preliminary and permanent injunctive relief injunction (or, alternatively, in the Court's discretion, the issuance of a writ of mandamus under RCW 7.16.160) enjoining Auditor, Auditor's agents, employees, and all persons acting in concert with Auditor, from any and all of the following actions, as Plaintiffs' remedies at law are inadequate, and Auditor's conduct will cause Plaintiffs to suffer irreparable injury through continued violations of their Constitutional rights:

a) Using an Uncertified Voting System;

b) Allowing or facilitating vote flipping, additions and/or deletions; and/or,

c) Allowing or facilitating party preference tracking and/or ballot identification;

8. For damages for violation of Plaintiffs' constitutional rights under color of law (42 U.S.C. Sections 1983); and/or,

9. For attorney's fees if counsel is retained, for costs of suit, and for such other and further relief as the Court deems just and proper.

WASHINGTON ELECTION INTEGRITY
COALITION UNITED,
a WA State Nonprofit Corporation

Dated: 9-7-21

By: Tamborine Borrelli
Its: Director
Address: 13402 125th Ave NW
Gig Harbor, WA 98329-4215
Phone: 253-375-1255

Dated: September 7, 2021

Arthur Coday, Jr.
Plaintiff, *Pro Se*
Address: P.O. Box 1786
Woodinville, WA 98072
Phone: (206) 992-6166

VER. COMPLAINT FOR EQUAL PROTECTION    17

Dated: 09/07/2021

Thomas J. Prettyman
Plaintiff, *Pro Se*
Address: 16710 58th Ave NW
      Stanwood, WA 98292
Phone:  (206) 200-7474

Dated: 9/07/2021

Diane deJong
Plaintiff, *Pro Se*
Address: 11250 31st PL NE
      Lake Stevens, WA 98258
Phone: (425) 334-6678

Dated: 9/7/21

Rita Beitz
Plaintiff, *Pro Se*
Address: 515 172nd Street NE
      Arlington, WA 98223
Phone: (425) 214-6329

Dated: 9/7/21

Diana Barker
Plaintiff, *Pro Se*
Address: 17409 Redhawk Dr
      Arlington , WA 98223
Phone: (206) 650-6153

Dated: 9/07/21

Roy Fuller
Plaintiff, *Pro Se*
Address: 5807 64th St SE
      Snohomish, WA 98290
Phone: (425) 583-0003

VER. COMPLAINT FOR EQUAL PROTECTION      18

Dated: 9/7/2021

Mary Lou Burns
Plaintiff, *Pro Se*
Address: 16011 95th Ave SE
         Snohomish, WA98296
Phone: (424) 244-1126

Dated: 9/7/2021

Bob Kaldor
Plaintiff, *Pro Se*
Address: 10907 23rd Dr SE
         Everett, WA 98208
Phone: (425) 343-3282

Dated: 9/7/21

Jane Maclin
Plaintiff, *Pro Se*
Address: 5817 Silvana Terrace Road
         Stanwood, WA 98292
Phone: (425) 984-3391

Dated: 9/7/21

James Maclin
Plaintiff, *Pro Se*
Address: 5817 Silvana Terrace Rd.
         Stanwood, WA 98292
Phone: (425) 984-3391

VER. COMPLAINT FOR EQUAL PROTECTION     19

Dated: 9/7/21

Randy Tendering
Plaintiff, *Pro Se*
Address: 212 W. Jensen St.
　　　　Arlington, WA 98223
Phone: (425) 359-2687

Dated: 9/7/21

John Beitz
Plaintiff, *Pro Se*
Address: 515 172nd ST NE
　　　　Arlington, WA 98223
Phone: (425) 760-1765

Dated: 9/7/2021

Melissa Eller
Plaintiff, *Pro Se*
Address: 18221 114th Drive Northeast
　　　　Arlington, WA 98223
Phone: (206) 719-3670

Dated: 9/7/2021

Susan Mischel
Plaintiff, *Pro Se*
Address: 16605 West Lake Goodwin Rd.
　　　　Stanwood, WA 98292
Phone: (206) 290-7332

Dated: 9/7/21

Lisa Cummings
Plaintiff, *Pro Se*
Address: 1623 Meadow Pl.
　　　　Snohomish, WA 98290
Phone: (206) 947-9125

VER. COMPLAINT FOR EQUAL PROTECTION　20

DocuSign Envelope ID: 1295788D-6993-4F25-AC71-A43B7CBF9A8C

Dated: 9/12/2021

DocuSigned by:
B9AD0DB69A84472...

Amber Fithian, Plaintiff *Pro Se*
Address: 13027 12th Avenue NW
Marysville, WA 98271
Phone: (360) 631-8394

Dated: 9/12/2021

DocuSigned by:

Jamie Renninger, Plaintiff, *Pro Se*
Address: 19505 Grannis Rd.
Bothell, WA 98012
Phone: (425) 908-7577

Dated: 9/11/2021

DocuSigned by:
8071573656E2D4F8...

Diane Mackay, Plaintiff, *Pro Se*
Address: 9825 18th AV W C3
Everett, WA 98204
Phone: (425) 772-1726

Dated: 9/12/2021

DocuSigned by:
F8D13636C4B4483...

Jeremy Johnson, Plaintiff *Pro Se*
Address: 432 203RD ST SW
Lynnwood, WA 98036
Phone: (206) 734-9121

Dated: 9/12/2021

DocuSigned by:
204E789B3A0B464...

Andrew Marrone, Plaintiff, *Pro Se*
Address: 5709 137th PL SE
Everett, WA 98053
Phone: (425) 367-8804

Dated: 9/12/2021

DocuSigned by:
5C03D503DA47480...

Katie Perasso, Plaintiff, *Pro Se*
Address: 3402 103rd Ave SE
Lake Stevens, WA 98258
Phone: (425) 444-5903

Dated: 9/12/2021

DocuSigned by:
631197D4401A40F...

Carl Wedekind, Plaintiff, *Pro Se*
Address: 18309 E Country Club Dr.
Arlington, WA 98223
Phone: (425) 737-5395

VER. COMPLAINT FOR EQUAL PROTECTION    21

Dated: *Sept. 7, 2021*

Terry O'Connell
Plaintiff, *Pro Se*
Address: 9711 52nd Ave N.E.
        Marysville, WA 98270
Phone: (360) 631-1151

Dated: *Sept 7 2021*

William Cook
Plaintiff, *Pro Se*
Address: 820 Cady Rd D101
        Everett, WA 98203
Phone: (425) 279-3843

Dated: *Sept - 7-2021*

Joshua A. deJong
Plaintiff, *Pro Se*
Address: 11250 31st PL NE
        Lake Stevens, WA 98258
Phone: (425) 334-6678

Dated: *9/7/21*

Annette Blandino
Plaintiff, *Pro Se*
Address: 16823 123rd PL NE
        Arlington, WA 98223
Phone: (425) 359-5090

Dated: *9/7/21*

Luke Determan
Plaintiff, *Pro Se*
Address: 6620 191st St SW
        Lynnwood, WA 98036
Phone: (206) 251-9510

VER. COMPLAINT FOR EQUAL PROTECTION    22

Dated: 9/7/2021

Katie Sheffield
Plaintiff, *Pro Se*
Address: 20119 118th St SE
       Snohomish, WA 98290
Phone: (909) 727-7069

Dated: 9 · 7 · 2021

Karol Jones
Plaintiff, *Pro Se*
Address: 6203 Marine Dr.
       Tulalip, WA 98271
Phone: (425) 229-0696

Dated: 9-7-2021

James Mischel
Plaintiff, *Pro Se*
Address: 16605 W Lake Goodwin Rd.
       Stanwood, WA 98292
Phone: (206) 290-7331

Dated: 9-10-21

Greg Burton
Plaintiff, *Pro Se*
Address: 12123 52nd Ave NE
       Marysville, WA 98271
Phone: (425) 737-4642

VER. COMPLAINT FOR EQUAL PROTECTION   23

Dated: 9.7.2021

Brenda Jean Smith
Plaintiff, *Pro Se*
Address: 23402 Woods Creek Rd.
        Snohomish, WA 98290
Phone: (360) 348-6815

Dated: 9.7.2021

Brendon William Ruppel
Plaintiff, *Pro Se*
Address: 23402 Woods Creek Rd.
        Snohomish, WA 98290
Phone: (360) 862-3573

Dated: September 7, 2021

Kristy Welles
Plaintiff, *Pro Se*
Address: 4811 180th St SW D207
        Lynnwood, WA 98037
Phone: (425) 785-1796

Dated: Sept 7, 2021

Lenny Bartholomew
Plaintiff, *Pro Se*
Address: 12015 Marine Dr. #158
        Tulalip, WA 98271
Phone: (425) 244-5869

VER. COMPLAINT FOR EQUAL PROTECTION   24

DocuSign Envelope ID: 1295788D-6993-4F25-AC71-A43B7CBF9A8C

Dated: _9/11/2021_____

DocuSigned by:

*Russell Ostlund*
0F1F2A5EEE4747B

Russell Ostlund
Plaintiff, *Pro Se*
Address: 6914 61st Drive NE
               Marysville, WA 98270
Phone: (425) 238-3288

VER. COMPLAINT FOR EQUAL PROTECTION    25

# THIS PAGE INTENTIONALLY LEFT BLANK

## VERIFICATIONS

I, Tamborine Borrelli, declare:

I am the Director of Washington Election Integrity Coalition United, a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of ~~Pierce~~ Snohomish *TME/for TB*, State of Washington, on this _7th_ day of _September_, 2021.

WASHINGTON ELECTION INTEGRITY
COALITION UNITED, a WA State Nonprofit

By: Tamborine Borrelli
Its: Director

I, Arthur Coday, Jr., declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was

VER. COMPLAINT FOR EQUAL PROTECTION

27

executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

_____
Arthur Coday, Jr.

I, Thomas J. Prettyman, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

_____
Thomas J. Prettyman

I, Diane deJong, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I

am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

_Diane deJong_
Diane deJong

I, Rita Beitz, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR E QUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

Rita Beitz

I, Diana Barker, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS,

VER. COMPLAINT FOR EQUAL PROTECTION     29

EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of _Snoh_, State of Washington, on this _7th_ day of _September_, 2021.

Diana Barker

I, Roy Fuller, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of _Snohomish_ State of Washington, on this _7th_ day of _September_, 2021.

Roy Fuller

I, Mary Lou Burns, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

Mary Lou Burns

I, Bob Kaldor, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

Bob Kaldor

VER. COMPLAINT FOR EQUAL PROTECTION    31.

I, Jane Maclin, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.



Jane Maclin

I, James Maclin, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws

VER. COMPLAINT FOR EQUAL PROTECTION   32

of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomis State of Washington, on this 7th day of September, 2021.

James Maclin
James Maclin

I, Randy Tendering, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I

VER. COMPLAINT FOR EQUAL PROTECTION       33

am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

_____
Randy Tendering

I, John Beitz, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

_____
John Beitz

I, Melissa Eller, declare:

VER. COMPLAINT FOR EQUAL PROTECTION    34

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

Melissa Eller

I, Susan Mischel, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was

VER. COMPLAINT FOR EQUAL PROTECTION   35

executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

Susan Mischel

I, Lisa Cummings, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

Lisa Cummings

VER. COMPLAINT FOR EQUAL PROTECTION    36

DocuSign Envelope ID: 1295788D-6993-4F25-AC71-A43B7CBF9A8C

I, Amber Fithian, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish _____, State of Washington, on this _____ day of ___9/12/2021___, 2021.

DocuSigned by:

B9AD0DB69A84472...

Amber Fithian

I, Jamie Renninger, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish _____, State of Washington, on this _____ day of ___9/12/2021___, 2021.

DocuSigned by:

188AB8738924403...

Jamie Renninger ·

VER. COMPLAINT FOR EQUAL PROTECTION   37

DocuSign Envelope ID: 1295788D-6993-4F25-AC71-A43B7CBF9A8C

I, Diane Mackay, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish , State of Washington, on this _____ day of 9/11/2021 , 2021.

Diane Mackay

I, Jeremy Johnson, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of JJ , State of Washington, on this _____ day of 9/12/2021 , 2021.

Jeremy Johnson

VER. COMPLAINT FOR EQUAL PROTECTION   38

DocuSign Envelope ID: 1295788D-6993-4F25-AC71-A43B7CBF9A8C

I, Andrew Marrone, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish _____, State of Washington, on this _____ day of _____9/12/2021_____, 2021.

DocuSigned by:

_Andrew Marrone_

204E789B3A0B464...

Andrew Marrone

I, Katie Perasso, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish _____, State of Washington, on this _____ day of _____9/12/2021_____, 2021.

DocuSigned by:

_Katie Perasso_

5C03D593DA47469...

Katie Perasso

VER. COMPLAINT FOR EQUAL PROTECTION   39

DocuSign Envelope ID: 1295788D-6993-4F25-AC71-A43B7CBF9A8C

I, Carl Wedekind, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish_____, State of Washington, on this _____ day of ___9/12/2021_____, 2021.

DocuSigned by:

*Carl Wedekind*

Carl Wedekind

I, Annette Blandino, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was

VER. COMPLAINT FOR EQUAL PROTECTION    41

executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

*Annette Blandino*
Annette Blandino

I, Luke Determan, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish, State of Washington, on this 7th day of September, 2021.

Luke Determan

I, Terry O'Connell, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September 2021.

Terry O'Connell

I, William Cook, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC

VER. COMPLAINT FOR EQUAL PROTECTION    43

RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September , 2021.

_____
William Cook

I, Joshua A. deJong, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

_____
Joshua A. deJong

VER. COMPLAINT FOR EQUAL PROTECTION     44

I, Katie Sheffield, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish, State of Washington, on this 7th day of September, 2021.

Katie Sheffield

VER. COMPLAINT FOR EQUAL PROTECTION          45

I, Karol Jones, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

Karol Jones

I, James Mischel, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

James Mischel

VER. COMPLAINT FOR EQUAL PROTECTION

46

I, Greg Burton, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 10th day of September, 2021.

_____
Greg Burton

I, Brenda Jean Smith, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

Brenda Jean Smith

I, Brendon William Ruppel, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish State of Washington, on this 7th day of September, 2021.

Brendon William Ruppel

VER. COMPLAINT FOR EQUAL PROTECTION   48

I, Kristy Welles, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish, State of Washington, on this 7th day of September, 2021.

Kristy Welles

I, Lonny Bartholomew, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish, State of Washington, on this 7th day of September, 2021.

Lonny Bartholomew

VER. COMPLAINT FOR EQUAL PROTECTION          49

DocuSign Envelope ID: 1295788D-6993-4F25-AC71-A43B7CBF9A8C

I, Russell Ostlund, declare:

I am a named Plaintiff in the above-captioned action. I have read the foregoing VERIFIED COMPLAINT FOR EQUAL PROTECTION, VIOLATION OF CIVIL RIGHTS, EQUITABLE RELIEF, INJUNCTIVE RELIEF, DECLARATORY RELIEF, PUBLIC RECORDS ACTION TO COMPEL BALLOT PRODUCTION and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and on that ground I allege that the matters stated therein are true.  I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this document was executed in the County of Snohomish, State of Washington, on this _____ day of ___9/11/2021___, 2021.

DocuSigned by:

*Russell Ostlund*
DE1F2A5EEE4747B
Russell Ostlund

VER. COMPLAINT FOR EQUAL PROTECTION     50