DocuSign Envelope ID: 0D19CF8D-DFC8-47D4-803A-0BE39170550C

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WASHINGTON ELECTION INTEGRITY )
COALTION UNITED, a Washington )
State Nonprofit Corporation; ARTHUR )
CODAY, JR.; THOMAS J. PRETTYMAN; )
DIANE DEJONG; RITA BEITZ; DIANA )
BARKER; ROY FULLER; MARY LOU )
BURNS; BOB KALDOR; JANE MACLIN; )
JAMES MACLIN; RANDY TENDERING; )
JOHN BEITZ; MELISSA ELLER; )
SUSAN MISCHEL; LISA CUMMINGS; )
AMBER FITHIAN; JAMIE RENNINGER; )
DIANE MACKAY; JEREMY JOHNSON; )
ANDREW MARRONE; KATIE PERASSO;)
CARL WEDEKIND; ANNETTE )
BLANDINO; LUKE DETERMAN; )
TERRY O'CONNELL; WILLIAM COOK; )
JOSHUA A. DEJONG; KATIE )
SHEFFIELD; KAROL JONES; JAMES )
MISCHEL; GREG BURTON; BRENDA )
JEAN SMITH; BRENDON WILLIAM )
RUPPEL; KRISTY WELLES; LONNY )
BARTHOLOMEW; RUSSELL OSTLUND, )
)
     Plaintiffs, )
)
v. )
)
GARTH FELL, Snohomish County )
Auditor; SNOHOMISH COUNTY, and )
DOES 1-30, inclusive, )
)
     Defendants. )
_____ )

Case No. 2:21-cv-1354

[PROPOSED] ORDER ON
MOTION TO STRIKE
NOTICE OF REMOVAL, OR
ALTERNATIVELY, SEVER CLAIMS
UNDER 28 USC §1441(c)(2)

[PROPOSED] ORDER ON MOTION TO STRIKE    1

DocuSign Envelope ID: 0D19CF8D-DFC8-47D4-803A-0BE39170550C

Before the Court is Plaintiff Washington Election Integrity Coalition United's Motion to Strike Notice of Removal, or Alternatively, Sever Claims under 28 USC §1441(c)(2). Having reviewed the papers filed in support of and in opposition to this Motion, having considered any oral argument, and being fully advised, the Court finds that the Motion to Strike the Notice of Removal is hereby GRANTED [OR] the Motion to Sever Claims under 28 USC §1441(c)(2) is hereby GRANTED, and that Plaintiffs' Causes of Action IV-XIII are hereby REMANDED to State Superior Court for Snohomish County, Case No. 21-2-04302-31.

**IT IS SO ORDERED.**

Dated this _____ day of October, 2021

The Honorable _____
UNITED STATES DISTRICT JUDGE

Prepared by:

WASHINGTON ELECTION INTEGRITY
COALITION UNITED, a WA Nonprofit Corp.

DocuSigned by:

*Tamborine Borrelli*

By: Tamborine Borrelli
Its: Director
13402 125th Ave NW
Gig Harbor, WA 98329-4215
253-375-1255
weicu@protonmail.com

[PROPOSED] ORDER ON MOTION TO STRIKE          2

DocuSign Envelope ID: 7C58DFBB-95AB-492F-B291-A029A6043380

## CERTIFICATE OF SERVICE

On October 14, 2021, I caused to be served upon the below named counsel of record and parties a true and correct copy of the following documents via email provided by counsel and parties:

MOTION TO STRIKE NOTICE OF REMOVAL, OR ALTERNATIVELY, SEVER CLAIMS UNDER 28 U.S.C. §1441(c)(2)
[PROPOSED] ORDER GRANTING MOTION TO STRIKE NOTICE OF REMOVAL, OR ALTERNATIVELY, SEVER CLAIMS UNDER 28 U.S.C. §1441(c)(2)
PLAINTIFFS' JOINDER IN SUPPORT OF MOTION TO STRIKE NOTICE OF REMOVAL, OR ALTERNATIVELY, SEVER CLAIMS UNDER 28 U.S.C. §1441(c)(2)

**Opposing Counsel:**

Lyndsey M. Downs
lyndsey.downs@co.snohomish.wa.us

Deborah A. Severson
Deborah.severson@co.snohomish.wa.us

Kevin Hamilton
KHamilton@perkinscoie.com

Reina Almon-Griffin
RAlmon-Griffin@perkinscoie.com

Nitika Arora
NArora@perkinscoie.com

Amanda Beane
ABeane@perkinscoie.com

*Pro Se* **Co-Plaintiffs:**

Arthur Coday, Jr.
Plaintiff, *Pro Se*

Thomas J. Prettyman
Plaintiff, *Pro Se*

Diane DeJong
Plaintiff, *Pro Se*

Rita Beitz
Plaintiff, *Pro Se*

DocuSign Envelope ID: 7C58DFBB-95AB-492F-B291-A029A6043380

Diana Barker
Plaintiff, *Pro Se*

Roy Fuller
Plaintiff, *Pro Se*

Mary Lou Burns
Plaintiff, *Pro Se*

Bob Kaldor
Plaintiff, *Pro Se*

Jane Maclin
Plaintiff, *Pro Se*

James Maclin
Plaintiff, *Pro Se*

Randy Tendering
Plaintiff, *Pro Se*

John Beitz
Plaintiff, *Pro Se*

Melissa Eller
Plaintiff, *Pro Se*

Susan Mischel
Plaintiff, *Pro Se*

Lisa Cummings
Plaintiff, *Pro Se*

Amber Fithian
Plaintiff, *Pro Se*

Jamie Renninger
Plaintiff, *Pro Se*

Diane Mackay
Plaintiff, *Pro Se*

Jeremy Johnson
Plaintiff, *Pro Se*

Andrew Marrone

SNOHOMISH MOTION TO STRIKE
Case No. 2:21-cv-1354                                     2

DocuSign Envelope ID: 7C58DFBB-95AB-492F-B291-A029A6043380

Plaintiff, *Pro Se*

Katie Perasso
Plaintiff, *Pro Se*

Carl Wedekind
Plaintiff, *Pro Se*

Annette Blandino
Plaintiff, *Pro Se*

Luke Determan
Plaintiff, *Pro Se*

Terry O'Connell
Plaintiff, *Pro Se*

William Cook
Plaintiff, *Pro Se*

Joshua A. DeJong
Plaintiff, *Pro Se*

Katie Sheffield
Plaintiff, *Pro Se*

Karol Jones
Plaintiff, *Pro Se*

James Mischel
Plaintiff, *Pro Se*

Greg Burton
Plaintiff, *Pro Se*

Brenda Jean Smith
Plaintiff, *Pro Se*

Brendon William Ruppel
Plaintiff, *Pro Se*

Kristy Welles
Plaintiff, *Pro Se*

Lonny Bartholomew
Plaintiff, *Pro Se*

SNOHOMISH MOTION TO STRIKE
Case No. 2:21-cv-1354                                    3