*Honorable Richard A. Jones*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

WASHINGTON ELECTION INTEGRITY COALTION UNITED, a Washington State Nonprofit Corporation, et al.,

Plaintiffs,

vs.

GARTH FELL, Snohomish County Auditor, et al.,

Defendants.

No. C21-1354-RAJ

*[PROPOSED]*
ORDER GRANTING SNOHOMISH COUNTY DEFENDANTS' FRCP 12(b) MOTION TO DISMISS

## ORDER

This matter came before the Court on Defendants Snohomish County and Garth Fell's CR 12(b) Motion to Dismiss. The Court has considered the arguments of the parties and reviewed the pleadings and documents on file, including:

1)    Defendants CR 12(b) Motion to Dismiss;

2)    _____;

3)    _____;

4)    _____;

Being fully advised in the matter, the Court does hereby FIND and ORDER:

1)    Defendants Motion to Dismiss is GRANTED.

*[PROPOSED]* ORDER GRANTING SNOHOMISH COUNTY
DEFENDANTS' FRCP 12(b) MOTION TO DISMISS    - 1
(C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

2)      IT IS FURTHER ORDERED that all Plaintiffs' claims, except cause XIII (WEiCU's PRA claim), against Defendants Snohomish County and Garth Fell are dismissed WITH PREJUDICE.

3)      _____.

4)      _____.

Signed this _____ day of November, 2021.

_____
HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT COURT JUDGE

Presented by:

ADAM CORNELL
Snohomish County Prosecuting Attorney

 *s/ Lyndsey M. Downs*
LYNDSEY M. DOWNS, WSBA #37453
DEBORAH A. SEVERSON, WSBA #35603
ALEX J. WITENBERG, WSBA #50356
Deputy Prosecuting Attorneys
Snohomish County Prosecuting Attorney
Civil Division – 7th Floor/Robert Drewel Bldg.
3000 Rockefeller Avenue, M/S 504
Everett, WA  98201
Ph:  (425) 388-6330  /  Fax:  (425) 388-6333
Lyndsey.downs@co.snohomish.wa.us
Deborah.severson@co.snohomish.wa.us
Alex.witenberg@co.snohomish.wa.us
*Attorneys for Defendants Snohomish County and Garth Fell*

*[PROPOSED]* ORDER GRANTING SNOHOMISH COUNTY
DEFENDANTS' FRCP 12(b) MOTION TO DISMISS    - 2
(C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333