*The Honorable Richard A. Jones*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

WASHINGTON ELECTION INTEGRITY COALTION UNITED, a Washington State Nonprofit Corporation, et al.,

Plaintiffs,

vs.

GARTH FELL, Snohomish County Auditor, et al.,

Defendants.

No. 2:21-CV-001354-RAJ

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT

COMES NOW Defendants Snohomish County and Garth Fell (hereinafter referred to as "Snohomish County Defendants"), by and through their attorneys of record, and by way of this answer and affirmative defenses to Plaintiffs' Verified Complaint, admit, deny and allege as follows:

## I. PARTIES

1.      In answer to the allegations set forth in Paragraph 1 of Plaintiffs' Verified Complaint, Snohomish County Defendants admit that Arthur Coday, Jr.; Thomas J. Prettyman; Diane DeJong; Rita Beitz; Diana Barker; Roy Fuller; Mary Lou Burns; Bob Kaldor; Jane Maclin; James Maclin; Randy Tendering; John Beitz; Melissa Eller; Susan Mischel; Lisa Cummings; Amber Fithian; Jamie Renninger; Diane Mackay; Jeremy Johnson; Andrew Marrone; Katie

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT - 1 (C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

Perasso; Carl Wedekind; Annette Blandino; Luke Determan; Terry O'Connell; William Cook; Joshua A. DeJong; Katie Sheffield; Carol Jones; James Mischel; Greg Burton; Brenda Jean Smith; Brendon William Ruppel; Kristy Welles; Lonny Bartholomew; and Russell Ostlund are actively registered as Snohomish County voters and are credited with voting in the November 2020 general election. Snohomish County Defendants are without sufficient information to determine the truth or falsity of any other allegations contained in Paragraph 1, and therefore, deny the same.

2.    In answer to the allegations set forth in Paragraph 2 of Plaintiffs' Verified Complaint, Snohomish County Defendants are without sufficient information to determine the truth or falsity of the allegations contained therein, and therefore, deny the same.

3.    In answer to the allegations set forth in Paragraph 3 of Plaintiffs' Verified Complaint, Snohomish County Defendants admit that Garth Fell is the duly elected Auditor of Snohomish County and oversees elections employees and volunteers and the accuracy of Snohomish County's vote tabulation system, Clear Ballot.  All other allegations therein are denied.

4.    In answer to the allegations set forth in Paragraph 4 of Plaintiffs' Verified Complaint, Snohomish County Defendants admit that Snohomish County is a home rule charter county and a political subdivision of the state of Washington.

## II. OVERVIEW

5.    Paragraph 5 of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required.  To the extent that Paragraph 5 sets forth factual allegations, all allegations are denied.

//

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT - 2
(C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

### III.   JURISDICTION, VENUE, LIMITATIONS

6.    In answer to the allegations set forth in Paragraph 6 of Plaintiffs' Verified Complaint, Snohomish County Defendants leave the matter of jurisdiction to the Court.

7.    In answer to the allegations set forth in Paragraph 7 of Plaintiffs' Verified Complaint, Snohomish County Defendants leave the matter of venue to the Court. Snohomish County Defendants make no response to Plaintiffs' request that the Court "disclosure top the parties any direct or indirect communication with any third parties aimed at disrupting the Court's ability to administer this action in a fair and impartial manner."

8.    Paragraph 8 of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required. To the extent that Paragraph 8 sets forth factual allegations, all allegations are denied.

9.    In answer to the allegations set forth in Paragraph 9 of Plaintiffs' Verified Complaint, Snohomish County Defendants make no response as it pertains to other unidentified defendants. To the extent a response is required, Snohomish County Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations contained therein and, therefore, denies the same.

### IV.   WRONGFUL ACTS:  USE OF UNCERTIFIED VOTING SYSTEM
### RCW 29A.68.013(1) and/or (2)
### (Citizen Plaintiffs v. Auditor)

10.    In answer to the allegations set forth in Paragraph 10 of Plaintiffs' Verified Complaint, Snohomish County Defendants incorporate all responses and denials as set forth in the previous paragraphs.

11.    In answer to the allegations set forth in Paragraph 11 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT - 3
(C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

12.     Paragraph 12 of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required. To the extent that Paragraph 12 sets forth factual allegations, all allegations are denied.

13.     Paragraph 13 of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required. To the extent that Paragraph 13 sets forth factual allegations, all allegations are denied.

14.     In answer to the allegations set forth in Paragraph 14 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

15.     In In answer to the allegations set forth in Paragraph 15 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

## V.  DECLARATORY RELIEF:  USE OF UNCERTIFIED VOTING SYSTEM
### (Citizen Plaintiffs v. Auditor)

16.     In answer to the allegations set forth in Paragraph 16 of Plaintiffs' Verified Complaint, Snohomish County Defendants incorporate all responses and denials as set forth in the previous paragraphs.

17.     In answer to the allegations set forth in Paragraph 17 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

18.     In answer to the allegations set forth in Paragraph 18 of Plaintiffs' Verified Complaint, Snohomish County Defendants admit.

19.     In answer to the allegations set forth in Paragraph 19 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

//

//

//

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT - 4 (C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

## VI.  EQUITABLE RELIEF:  USE OF UNCERTIFIED VOTING SYSTEM
### (Citizen Plaintiffs v. Auditor)

20.    In answer to the allegations set forth in Paragraph 20 of Plaintiffs' Verified Complaint, Snohomish County Defendants incorporate all responses and denials as set forth in the previous paragraphs.

21.    Paragraph 21 of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required. To the extent that Paragraph 21 sets forth factual allegations, all allegations are denied.

22.    Paragraph 22 of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required. To the extent that Paragraph 12 sets forth factual allegations, all allegations are denied.

## VII.  WRONGFUL ACTS:  VOTE FLIPPING, ADDITIONS, AND/OR DELETIONS
### RCW 29A.68.013(1) and/or (2)
### (Citizen Plaintiffs v. Auditor)

23.    In answer to the allegations set forth in Paragraph 23 of Plaintiffs' Verified Complaint, Snohomish County Defendants incorporate all responses and denials as set forth in the previous paragraphs.

24.    In answer to the allegations set forth in Paragraph 24 of Plaintiffs' Verified Complaint, the language of RCW 36.16.040 speaks for itself and requires no response. Snohomish County Defendants admit that as an elected officer Garth Fell took and subscribed the oath required by RCW 36.16.040. Snohomish County Defendants deny any other allegations therein.

25.    In answer to the allegations set forth in Paragraph 25 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT - 5
(C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

26.    In answer to the allegations set forth in Paragraph 26 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

### VIII.    DECLARATORY RELIEF:  VOTE FLIPPING, ADDITIONS, AND/OR DELETIONS
### (Citizen Plaintiffs v. Auditor)

27.    In answer to the allegations set forth in Paragraph 27 of Plaintiffs' Verified Complaint, Snohomish County Defendants incorporate all responses and denials as set forth in the previous paragraphs.

28.    In answer to the allegations set forth in Paragraph 28 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

29.    In answer to the allegations set forth in Paragraph 29 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

### IX.    EQUITABLE RELIEF:  VOTE FLIPPING, ADDITIONS, AND/OR DELETIONS
### (Citizen Plaintiffs v. Auditor)

30.    In answer to the allegations set forth in Paragraph 30 of Plaintiffs' Verified Complaint, Snohomish County Defendants incorporate all responses and denials as set forth in the previous paragraphs.

31.    Paragraph 31 of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required. To the extent that Paragraph 31 sets forth factual allegations, all allegations are denied.

32.    In Paragraph 32 of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required. To the extent that Paragraph 32 sets forth factual allegations, all allegations are denied.

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT - 6
(C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

## X.  WRONGFUL ACTS:  PARTY PREFERENCE
### RCW 29A.68.013(1) and/or (2)
### (Citizen Plaintiffs v. Auditor)

33.    In answer to the allegations set forth in Paragraph 33 of Plaintiffs' Verified Complaint, Snohomish County Defendants incorporate all responses and denials as set forth in the previous paragraph.

34.    In answer to the allegations set forth in Paragraph 34 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

## XI.  DECLARATORY RELIEF:  PARTY PREFERENCE

### (Citizen Plaintiffs v. Auditor)

35.    In answer to the allegations set forth in Paragraph 35 of Plaintiffs' Verified Complaint, Snohomish County Defendants incorporate all responses and denials as set forth in the previous paragraphs.

36.    In answer to the allegations set forth in Paragraph 36 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

37.    In answer to the allegations set forth in Paragraph 37 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

## XII.  EQUITABLE RELIEF:  PARTY PREFERENCE
### (Citizen Plaintiffs v. Auditor)

38.    In answer to the allegations set forth in Paragraph 38 of Plaintiffs' Verified Complaint, Snohomish County Defendants incorporate all responses and denials as set forth in the previous paragraphs.

39.    Paragraph 39 of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required. To the extent that Paragraph 39 sets forth factual allegations, all allegations are denied.

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT - 7
(C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

40.    Paragraph 40 of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required. To the extent that Paragraph 40 sets forth factual allegations, all allegations are denied.

## XIII.  PUBLIC RECORDS ACTION
### RCW 29A.68.013(1) and/or (2); RCW 42.56.030; RCW 42.56.550; RCW 29A.60.110
### (Plaintiff WEiCU v. Auditor and County)

41.    In answer to the allegations set forth in Paragraph 41 of Plaintiffs' Verified Complaint, Snohomish County Defendants incorporate all responses and denials as set forth in the previous paragraphs.

42.    Paragraph 42 of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required. To the extent that Paragraph 42 sets forth factual allegations, all allegations are denied.

43.    In answer to the allegations set forth in Paragraph 43 of Plaintiffs' Verified Complaint, Snohomish County Defendants affirmatively contend that Snohomish County has no record of receiving a public records request from WEiCU in August 2021. Accordingly, Snohomish County specifically denies that it denied WEiCU access to records. All other factual allegations contained in Paragraph 43 are denied.

44.    In answer to the allegations set forth in Paragraph 44 of Plaintiffs' Verified Complaint, Snohomish County Defendants contend that Article VI, § 6 of the Washington Constitution speaks for itself. Accordingly, Snohomish County Defendants deny Plaintiffs' characterization of this law. To the extent Paragraph 45 sets forth factual allegations, all allegations are denied.

45.    In answer to the allegations set forth in Paragraph 45 of Plaintiffs' Verified Complaint, Snohomish County Defendants contend that Article I, § 19 of the Washington

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

Constitution speaks for itself. Accordingly, Snohomish County Defendants deny Plaintiffs' characterization of this law. To the extent Paragraph 45 sets forth factual allegations, all allegations are denied.

46.    In Paragraph 46 of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required. To the extent that Paragraph 46 sets forth factual allegations, all allegations are denied.

47.    Paragraph 47 of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required. To the extent that Paragraph 47 sets forth factual allegations, all allegations are denied.

48.    In answer to the allegations set forth in Paragraph 48 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

**XIV.   DECLARATORY RELIEF:  VIOLATIONS OF CONSTITUTIONAL RIGHTS WA STATE CONSTITUTION ART. 1, § 1, § 2, § 3, § 12, § 19, § 29; ART. VI, § 6, US CONSTITUTION AMENDMENTS I, XIV**
**(Citizen Plaintiffs v. Auditor)**

49.    In answer to the allegations set forth in Paragraph 49 of Plaintiffs' Verified Complaint, Snohomish County Defendants incorporate all responses and denials as set forth in the previous paragraph.

50.    In answer to the allegations set forth in Paragraph 50 of Plaintiffs' Verified Complaint, Snohomish County Defendants contend that Article I, § 19 of the Washington Constitution speaks for itself. Accordingly, Snohomish County Defendants deny Plaintiffs' characterization of this law. To the extent Paragraph 50 sets forth factual allegations, all allegations are denied.

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT - 9
(C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

51.     Paragraph 51 of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required. To the extent that Paragraph 51 sets forth factual allegations, all allegations are denied.

52.     In answer to the allegations set forth in Paragraph 52 of Plaintiffs' Verified Complaint, Snohomish County Defendants contend that Article I, § 3 of the Washington Constitution speaks for itself. Accordingly, Snohomish County Defendants deny Plaintiffs' characterization of this law. To the extent Paragraph 52 sets forth factual allegations, all allegations are denied.

53.     In answer to the allegations set forth in Paragraph 53 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

a.     In answer to the allegations set forth in Paragraph 53.a of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

b.     In answer to the allegations set forth in Paragraph 53.b of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

c.     Paragraph 55.c of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required. To the extent that Paragraph 53.c sets forth factual allegations, all allegations are denied.

d.     In answer to the allegations set forth in paragraph 53.d of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

e.     In answer to the allegations set forth in Paragraph 53.e of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

f.     In answer to the allegations set forth in Paragraph 53.f of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT - 10 (C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

54. In answer to the allegations set forth in Paragraph 54 of Plaintiffs' Verified Complaint, Snohomish County Defendants admit.

55. In answer to the allegations set forth in Paragraph 55 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

## XV.  INJUNCTIVE RELIEF:  VIOLATIONS OF CONSTITUTIONAL RIGHTS
### (Citizen Plaintiffs v. Auditor)

56. In answer to the allegations set forth in Paragraph 56 of Plaintiffs' Verified Complaint, Snohomish County Defendants incorporate all responses and denials as set forth in the previous paragraphs.

57. Paragraph 57 of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required. To the extent that Paragraph 57 sets forth factual allegations, all allegations are denied.

58. In answer to the allegations set forth in Paragraph 58 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

a. In answer to the allegations set forth in Paragraph 58.a of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

b. In answer to the allegations set forth in Paragraph 58.b of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

c. In answer to the allegations set forth in Paragraph 58.c of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

//

//

//

//

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT - 11 (C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

## XVI.   DAMAGES FOR CIVIL RIGHTS VIOLATIONS
### 42 USC § 1983, § 1988
### (Citizen Plaintiffs v. Auditor)

59.    In answer to the allegations set forth in Paragraph 59 of Plaintiffs' Verified Complaint, Snohomish County Defendants incorporate all responses and denials as set forth in the previous paragraphs.

60.    In answer to the allegations set forth in Paragraph 60 of Plaintiffs' Verified Complaint, Snohomish County Defendants contend that 42 U.S.C §1983 speaks for itself and no response is required. To the extent Paragraph 60 sets forth factual allegations, all allegations are denied.

61.    In answer to the allegations set forth in Paragraph 61 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

62.    In answer to the allegations set forth in Paragraph 62 of Plaintiffs' Verified Complaint, Snohomish County Defendants deny.

63.    In answer to the allegations set forth in Paragraph 63 of Plaintiffs' Verified Complaint, Snohomish County Defendants are without sufficient information to form a belief as to the truth or falsity of the allegations contained therein and, therefore, deny the same.

## XVII.  DEMAND FOR JURY TRIAL

64.    Paragraph 64 of Plaintiffs' Verified Complaint appears to contain legal conclusions for which no response is required. To the extent that Paragraph 64 sets forth factual allegations, all allegations are denied.

//

//

//

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT - 12
(C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

## XVIII.  RELIEF SOUGHT

In answer to section XVII, paragraphs 1-3, 4 (a)-(c), 5-6, 7 (a)-(c), 8 and 9 of  Plaintiffs' Requests for Relief, Snohomish County Defendants deny that Plaintiffs are entitled to any relief sought.

## XIX.   DEFENDANTS' AFFIRMATIVE DEFENSES

Wherefore, having fully answered Plaintiffs' Verified Complaint, Snohomish County Defendants assert that discovery and investigation may reveal that any one or more of the following defenses should be available to them in this matter. Snohomish County Defendants therefore assert the following affirmative defenses in order to preserve the right to assert them. If the facts warrant, Snohomish County Defendants may withdraw any of these affirmative defenses as may be appropriate. Further, Snohomish County Defendants reserve the right to amend this Answer to assert additional defenses, cross claims, counterclaims, or other defenses. By way of further answer and affirmative defenses, County Defendants allege:

1.    **Mootness.**  Plaintiffs' claims are moot, and no relief can be granted.

2.    **Ripeness.**  Plaintiffs' claims are not ripe.

3.    **Standing.**  Plaintiffs' lack standing.

4.    **Discretionary Immunity.** All actions of these answering Snohomish County Defendants herein alleged as negligence, manifest a reasonable exercise of judgment and discretion by authorized public officials made in the exercise of governmental authority entrusted to them by law and are neither tortious nor actionable.

5.    **Good Faith.** Snohomish County Defendants at all times acted in good faith in the performance of their duties and therefore are immune from suit for the matters charged in Plaintiffs' Verified Complaint.

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT - 13
(C21-1354-RAJ)

**Snohomish County
Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

6.    **Reasonable Exercise of Judgment:**    Snohomish County Defendants' actions manifested a reasonable exercise of judgment and discretion by authorized public officials and were made in the exercise of governmental authority entrusted to them by law. Such actions are neither tortious nor actionable.

7.    **Failure to Mitigate.**    If the Plaintiffs suffered any damages, recovery, therefore may be barred by Plaintiffs' failure to mitigate damages.

8.    **Statute of Limitations.**    Plaintiffs' claims are barred in whole or in part by statute of limitations.

9.    **Doctrine of Laches.**    Plaintiffs' claims are barred by the equitable doctrine of laches.

10.    **Insufficiency of Service of Process.**    The court lacks personal jurisdiction over Auditor Fell due to insufficiency of service of process.

11.    **Reservation of Right to Assert Additional Defenses:**    Snohomish County Defendants reserve the right to assert additional affirmative defenses after having the opportunity to engage in discovery.

## XX.    DEFENDANTS' PRAYER FOR RELIEF

WHEREFORE, Snohomish County Defendants respectfully request that the Court grant the following relief:

1.    That Plaintiffs' Verified Complaint against Snohomish County Defendants be dismissed with prejudice, and that Plaintiffs take nothing by way of relief requested against Snohomish County Defendants;

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT - 14
(C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

2.      If necessary, determination of the percentage of total fault which is attributable to each and every entity that caused Plaintiffs' damages and/or injuries, if any, as provided in RCW 4.22.070;

3.      Snohomish County Defendants be awarded its costs and attorneys' fees to the extent recoverable by law or equity; and

4.      Provide such other relief as the Court deems just and proper.

DATED this 21st day of October, 2021.

ADAM CORNELL
Snohomish County Prosecuting Attorney


By:    *s/ Lyndsey M. Downs*
LYNDSEY M. DOWNS, WSBA #37453
DEBORAH A. SEVERSON, WSBA #35603
ALEX J. WITENBERG, WSBA #50356
Deputy Prosecuting Attorneys
Snohomish County Prosecuting Attorney
Civil Division – 7th Floor/Robert Drewel Bldg.
3000 Rockefeller Avenue, M/S 504
Everett, WA  98201
Ph:  (425) 388-6330  /  Fax:  (425) 388-6333
Lyndsey.downs@co.snohomish.wa.us
Deborah.severson@co.snohomish.wa.us
Alex.witenberg@co.snohomish.wa.us

*Attorneys for Defendants Snohomish County and Garth Fell*

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT - 15
(C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

## DECLARATION OF SERVICE

I declare that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that, on this 21ˢᵗ day of October, 2021, I caused to be delivered the foregoing documents on the following parties via the Court's CM/ECF portal at the address indicated:

Virginia P. Shogren
Virginia P. Shogren, P.C.
961 W. Oak Court
Sequim, WA  98382
WEiCUattorney@protonmail.com
vshogren@gmail.com
*Attorney for Plaintiff Washington Election Integrity Coalition United*

☒ *E-Served via CM/ECF:*
☐ Emailed:
☐ Facsimile:
☐ U.S. Mail, 1st Class
☐ Hand Delivery
☐ Messenger Service

I further declare that on this 21ˢᵗ day of October, 2021, I caused to be delivered the foregoing documents on the following Pro Se Plaintiffs by *First Class Postage Prepaid Mail* at the addresses indicated:

| | | |
|---|---|---|
| Russell Ostlund<br>6914 – 61ˢᵗ Drive NE<br>Marysville, WA  98270 | Kristy Welles<br>4811 - 180ᵗʰ St. SW, #D207<br>Lynnwood, WA  98037 | Arthur Coday, Jr.<br>P.O. Box 1786<br>Woodinville, WA  98072 |
| Joshua A. DeJong<br>11250 – 31ˢᵗ Place NE<br>Lake Stevens, WA  98258 | Lonny Bartholomew<br>12015 Marine Drive, #158<br>Tulalip, WA  98271 | Diane DeJong<br>11250 – 31ˢᵗ Place NE<br>Lake Stevens, WA  98258 |
| Rita Beitz<br>515 – 172ⁿᵈ Street NE<br>Arlington, WA  98223 | Brenda Jean Smith<br>23402 Woods Creek Road<br>Snohomish, WA  98290 | John Beitz<br>515 – 172ⁿᵈ Street NE<br>Arlington, WA  98223 |
| Roy Fuller<br>5807 - 64ᵗʰ Street SE<br>Snohomish, WA  98290 | Brendon William Ruppel<br>23402 Woods Creek Road<br>Snohomish, WA  98290 | Mary Lou Burns<br>16011 – 95ᵗʰ Avenue SE<br>Snohomish, WA  98296 |
| James Maclin<br>5817 Silvana Terrace Rd.<br>Stanwood, WA  98292 | Katie Sheffield<br>20119 – 118ᵗʰ Street SE<br>Snohomish, WA  98290 | June Maclin<br>5817 Silvana Terrace Rd.<br>Stanwood, WA  98292 |

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT - 16
(C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8ᵗʰ Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

| | | |
|---|---|---|
| Lisa Cummings<br>1623 Meadow Place<br>Snohomish, WA  98290 | Thomas J. Prettyman<br>16710 – 58th Avenue NW<br>Stanwood, WA  98292 | Randy Tendering<br>212 W. Jensen Street<br>Arlington, WA  98223 |
| Bob Kaldor<br>10907 – 23rd Drive SE<br>Everett, WA  98208 | Karol Jones<br>6203 Marine Drive<br>Tulalip, WA  98271 | Melissa Eller<br>18221 – 114th Drive NE<br>Arlington, WA  98223 |
| Susan Mischel<br>16605 W.Lake Goodwin Rd.<br>Stanwood, WA  98292 | Greg Burton<br>12123 – 52nd Avenue NE<br>Marysville, WA  98271 | James Mischel<br>16605 W.Lake Goodwin Rd.<br>Stanwood, WA  98292 |
| Amber Fithian<br>13027 – 12th Avenue NW<br>Marysville, WA  98271 | William Cook<br>820 Cady Road, #D101<br>Everett, WA  98203 | Jamie Renninger<br>19505 Grannis Road<br>Bothell, WA  98012 |
| Diane Mackay<br>9825 – 18th Ave. West, #C3<br>Everett, WA  98204 | Annette Blandino<br>16823 – 123rd Place NE<br>Arlington, WA  98223 | Jeremy Johnson<br>432 – 203rd Street SW<br>Lynnwood, WA  98036 |
| Andrew Marrone<br>5709 – 137th Place SE<br>Everett, WA  98053 | Luke Determan<br>6620 – 191st Street SW<br>Lynnwood, WA  98036 | Katie Perasso<br>3402 – 103rd Avenue SE<br>Lake Stevens, WA  98258 |
| Carl Wedekind<br>18309 E. Country Club Dr.<br>Arlington, WA  98223 | Diane Barker<br>17409 Redhawk Drive<br>Arlington, WA  98223 | Terry O'Connell<br>9711 – 52nd Avenue NE<br>Marysville, WA  98270 |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 21st day of October, 2021.

_____
Cindy Ryden, Legal Assistant

SNOHOMISH COUNTY DEFENDANTS' ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFFS' VERIFIED COMPLAINT - 17
(C21-1354-RAJ)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333