Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WASHINGTON ELECTION INTEGRITY COALTION UNITED, a Washington State Nonprofit Corporation, et al., | No. 2:21-cv-01354-LK |
| Plaintiffs, | SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' FRCP 56 MOTION TO DISMISS |
| vs. | |
| GARTH FELL, Snohomish County Auditor, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7 and LCR 7(n), Defendants Fell and Snohomish County submit as relevant supplemental authority Washington Laws of 2022, Ch. 140, effective March 24, 2022, attached.

DATED this 7th day of April, 2022.

ADAM CORNELL
Snohomish County Prosecuting Attorney

By: /s/ Lyndsey M. Downs
LYNDSEY M. DOWNS, WSBA #37453
DEBORAH A. SEVERSON, WSBA #35603
ALEX J. WITENBERG, WSBA #50356
Deputy Prosecuting Attorneys

SUPPLEMENTAL AUTHORITY    - 1
(2:21-cv-01354-LK)

Snohomish County
Prosecuting Attorney – Civil Division
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

Snohomish County Prosecuting Attorney
Civil Division – 7th Floor/Robert Drewel Bldg.
3000 Rockefeller Avenue, M/S 504
Everett, WA 98201
Ph: (425) 388-6330 / Fax: (425) 388-6333
Lyndsey.downs@co.snohomish.wa.us
Deborah.severson@co.snohomish.wa.us
Alex.witenberg@co.snohomish.wa.us

*Attorneys for Defendants Snohomish County and Garth Fell*

SUPPLEMENTAL AUTHORITY    - 2
(2:21-cv-01354-LK)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

## DECLARATION OF SERVICE

I, Cindy Ryden, an employee of the Civil Division of the Snohomish County Prosecuting Attorney's Office, and that, on this 7th day of April, 2022, I caused to be delivered the foregoing documents on the following parties via the Court's CM/ECF portal at the address indicated:

Virginia P. Shogren
Virginia P. Shogren, P.C.
961 W. Oak Court
Sequim, WA  98382
WEiCUattorney@protonmail.com
vshogren@gmail.com
*Attorney for Plaintiff Washington Election Integrity Coalition United*

☒ *E-Served via CM/ECF:*
☐ Emailed:
☐ Facsimile:
☐ U.S. Mail, 1st Class
☐ Hand Delivery
☐ Messenger Service

Kevin J. Hamilton
Amanda J. Beane
Nitika Arora
Reina A. Almon-Griffin
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
khamilton@perkinscoie.com
abeane@perkinscoie.com
narora@perkinscoie.com
ralmon-griffin@perkinscoie.com
*Attorneys for Intervenor Defendant Washington State Democratic Central Committee*

☒ *E-Served via CM/ECF:*
☐ Emailed:
☐ Facsimile:
☐ U.S. Mail, 1st Class
☐ Hand Delivery
☐ Messenger Service

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 7th day of April, 2022.

*/s/ Cindy Ryden*
Cindy Ryden, Legal Assistant

I, Regina McManus, an employee of the Civil Division of the Snohomish County Prosecuting Attorney's Office, declare that on this 7th day of April, 2022, I caused to be delivered

SUPPLEMENTAL AUTHORITY  - 3
(2:21-cv-01354-LK)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

the foregoing documents on the following Pro Se Plaintiffs by *First Class Postage Prepaid Mail*

at the addresses indicated:

| | | |
|---|---|---|
| Russell Ostlund<br>6914 – 61st Drive NE<br>Marysville, WA 98270 | Kristy Welles<br>4811 - 180th St. SW, #D207<br>Lynnwood, WA 98037 | Arthur Coday, Jr.<br>P.O. Box 1786<br>Woodinville, WA 98072 |
| Joshua A. DeJong<br>11250 – 31st Place NE<br>Lake Stevens, WA 98258 | Lonny Bartholomew<br>12015 Marine Drive, #158<br>Tulalip, WA 98271 | Diane DeJong<br>11250 – 31st Place NE<br>Lake Stevens, WA 98258 |
| Rita Beitz<br>515 – 172nd Street NE<br>Arlington, WA 98223 | Brenda Jean Smith<br>23402 Woods Creek Road<br>Snohomish, WA 98290 | John Beitz<br>515 – 172nd Street NE<br>Arlington, WA 98223 |
| Roy Fuller<br>5807 - 64th Street SE<br>Snohomish, WA 98290 | Brendon William Ruppel<br>23402 Woods Creek Road<br>Snohomish, WA 98290 | Mary Lou Burns<br>16011 – 95th Avenue SE<br>Snohomish, WA 98296 |
| James Maclin<br>5817 Silvana Terrace Rd.<br>Stanwood, WA 98292 | Katie Sheffield<br>20119 – 118th Street SE<br>Snohomish, WA 98290 | June Maclin<br>5817 Silvana Terrace Rd.<br>Stanwood, WA 98292 |
| Lisa Cummings<br>1623 Meadow Place<br>Snohomish, WA 98290 | Thomas J. Prettyman<br>16710 – 58th Avenue NW<br>Stanwood, WA 98292 | Randy Tendering<br>212 W. Jensen Street<br>Arlington, WA 98223 |
| Bob Kaldor<br>10907 – 23rd Drive SE<br>Everett, WA 98208 | Karol Jones<br>6203 Marine Drive<br>Tulalip, WA 98271 | Melissa Eller<br>18221 – 114th Drive NE<br>Arlington, WA 98223 |
| Susan Mischel<br>16605 W. Lake Goodwin Rd.<br>Stanwood, WA 98292 | Greg Burton<br>12123 – 52nd Avenue NE<br>Marysville, WA 98271 | James Mischel<br>16605 W. Lake Goodwin Rd.<br>Stanwood, WA 98292 |
| Amber Fithian<br>13027 – 12th Avenue NW<br>Marysville, WA 98271 | William Cook<br>820 Cady Road, #D101<br>Everett, WA 98203 | Jamie Renninger<br>19505 Grannis Road<br>Bothell, WA 98012 |
| Diane Mackay<br>9825 – 18th Ave. West, #C3<br>Everett, WA 98204 | Annette Blandino<br>16823 – 123rd Place NE<br>Arlington, WA 98223 | Jeremy Johnson<br>432 – 203rd Street SW<br>Lynnwood, WA 98036 |
| Andrew Marrone<br>5709 – 137th Place SE<br>Everett, WA 98053 | Luke Determan<br>6620 – 191st Street SW<br>Lynnwood, WA 98036 | Katie Perasso<br>3402 – 103rd Avenue SE<br>Lake Stevens, WA 98258 |

SUPPLEMENTAL AUTHORITY   - 4
(2:21-cv-01354-LK)

| Carl Wedekind | Diane Barker | Terry O'Connell |
|---|---|---|
| 18309 E. Country Club Dr. | 17409 Redhawk Drive | 9711 – 52nd Avenue NE |
| Arlington, WA  98223 | Arlington, WA  98223 | Marysville, WA  98270 |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 7th day of April, 2022.

/s/ Regina McManus
Regina McManus, Office Manager

**Snohomish County**
**Prosecuting Attorney – Civil Division**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

CERTIFICATION OF ENROLLMENT

**HOUSE BILL 1953**

Chapter 140, Laws of 2022

67th Legislature
2022 Regular Session

BALLOTS—SENSITIVE VOTER INFORMATION—DISCLOSURE

EFFECTIVE DATE: March 24, 2022

| | |
|---|---|
| Passed by the House February 9, 2022<br>  Yeas 69  Nays 26 | CERTIFICATE |
| | I, Bernard Dean, Chief Clerk of the House of Representatives of the State of Washington, do hereby certify that the attached is **HOUSE BILL 1953** as passed by the House of Representatives and the Senate on the dates hereon set forth. |
| LAURIE JINKINS | |
| **Speaker of the House of Representatives** | |
| Passed by the Senate March 2, 2022<br>  Yeas 38  Nays 10 | BERNARD DEAN |
| | **Chief Clerk** |
| DENNY HECK | |
| **President of the Senate** | |
| Approved March 24, 2022 8:59 AM | FILED |
| | March 24, 2022 |
| JAY INSLEE | **Secretary of State**<br>**State of Washington** |
| **Governor of the State of Washington** | |

**HOUSE BILL 1953**

Passed Legislature - 2022 Regular Session

**State of Washington**          **67th Legislature**          **2022 Regular Session**

**By** Representatives Valdez, Volz, Sutherland, and Ramel; by request of Secretary of State

Read first time 01/12/22.  Referred to Committee on State Government & Tribal Relations.

AN ACT Relating to exempting sensitive voter information on ballot return envelopes, ballot declarations, and signature correction forms from public disclosure; amending RCW 42.56.420; adding a new section to chapter 29A.04 RCW; creating a new section; and declaring an emergency.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF WASHINGTON:

**Sec. 1.**  RCW 42.56.420 and 2021 c 26 s 1 are each amended to read as follows:

The following information relating to security is exempt from disclosure under this chapter:

(1) Those portions of records assembled, prepared, or maintained to prevent, mitigate, or respond to criminal terrorist acts, which are acts that significantly disrupt the conduct of government or of the general civilian population of the state or the United States and that manifest an extreme indifference to human life, the public disclosure of which would have a substantial likelihood of threatening public safety, consisting of:

(a) Specific and unique vulnerability assessments or specific and unique response or deployment plans, including compiled underlying data collected in preparation of or essential to the assessments, or to the response or deployment plans; and

(b) Records not subject to public disclosure under federal law that are shared by federal or international agencies, and information prepared from national security briefings provided to state or local government officials related to domestic preparedness for acts of terrorism;

(2) Those portions of records containing specific and unique vulnerability assessments or specific and unique emergency and escape response plans at a city, county, or state adult or juvenile correctional facility, or secure facility for persons civilly confined under chapter 71.09 RCW, the public disclosure of which would have a substantial likelihood of threatening the security of a city, county, or state adult or juvenile correctional facility, secure facility for persons civilly confined under chapter 71.09 RCW, or any individual's safety;

(3) Information compiled by school districts or schools in the development of their comprehensive safe school plans under RCW 28A.320.125, to the extent that they identify specific vulnerabilities of school districts and each individual school;

(4) Information regarding the public and private infrastructure and security of computer and telecommunications networks, consisting of security passwords, security access codes and programs, access codes for secure software applications, security and service recovery plans, security risk assessments, and security test results to the extent that they identify specific system vulnerabilities, and other such information the release of which may increase risk to the confidentiality, integrity, or availability of security, information technology infrastructure, or assets;

(5) The system security and emergency preparedness plan required under RCW 35.21.228, 35A.21.300, 36.01.210, 36.57.120, 36.57A.170, and 81.112.180;

(6) Personally identifiable information of employees, and other security information, of a private cloud service provider that has entered into a criminal justice information services agreement as contemplated by the United States department of justice criminal justice information services security policy, as authorized by 28 C.F.R. Part 20; and

(7)(a) In addition to the information in subsection (4) of this section, the following related to election security:

(((a)))(i) The continuity of operations plan for election operations and any security audits, security risk assessments, or

security test results, relating to physical security or cybersecurity of election operations or infrastructure. These records are exempt from disclosure in their entirety; ((and))

(ii) Those portions of records containing information about election infrastructure, election security, or potential threats to election security, the public disclosure of which may increase risk to the integrity of election operations or infrastructure; and

(iii) Voter signatures on ballot return envelopes, ballot declarations, and signature correction forms, including the original documents, copies, and electronic images; and a voter's phone number and email address contained on ballot return envelopes, ballot declarations, or signature correction forms. The secretary of state, by rule, may authorize in-person inspection of unredacted ballot return envelopes, ballot declarations, and signature correction forms in accordance with section 2 of this act.

(b) The exemptions specified in (a) of this subsection do not include information or records pertaining to security breaches, except as prohibited from disclosure pursuant to RCW 29A.12.200.

(c) The exemptions specified in (a) of this subsection do not prohibit an audit authorized or required under Title 29A RCW from being conducted.

NEW SECTION. **Sec. 2.**  A new section is added to chapter 29A.04 RCW to read as follows:

(1) In accordance with RCW 42.56.420, the following are exempt from disclosure:

(a) Voter signatures on ballot return envelopes, ballot declarations, and signature correction forms, including the original documents, copies, and electronic images; and

(b) A voter's phone number and email address contained on ballot return envelopes, ballot declarations, or signature correction forms.

(2) The secretary of state may, by rule, authorize in-person inspection of unredacted ballot return envelopes, ballot declarations, and signature correction forms. Except as provided under subsection (3) of this section, a person may not photocopy, photograph, or otherwise reproduce an image of the ballot return envelope, ballot declaration, or signature correction form. When inspecting a ballot return envelope, ballot declaration, or signature correction form in person, a person may not carry with them any materials or devices that could be used to record any voter

information found on the ballot return envelope, ballot declaration, or signature correction form.

(3) Nothing in this section or RCW 42.56.420(7)(a)(iii) prevents disclosure of any information on ballot return envelopes, ballot declarations, or signature correction forms, other than a voter's signature, phone numbers, and email addresses. Nothing in this section prevents election officials from disclosing information listed in subsection (1) of this section for official purposes. The secretary of state may adopt rules identifying official purposes for which a voter's signature, phone numbers, and email addresses may be disclosed.

(4) For purposes of this section, "signature correction form" means any form submitted by a voter for the purpose of curing a missing or mismatched signature on a ballot declaration or otherwise updating the voter signature.

NEW SECTION.  **Sec. 3.**  The exemptions in sections 1 and 2 of this act apply to any public records request made prior to the effective date of this section for which disclosure of records has not already been completed.

NEW SECTION.  **Sec. 4.**  This act is necessary for the immediate preservation of the public peace, health, or safety, or support of the state government and its existing public institutions, and takes effect immediately.

    Passed by the House February 9, 2022.
    Passed by the Senate March 2, 2022.
    Approved by the Governor March 24, 2022.
    Filed in Office of Secretary of State March 24, 2022.

**--- END ---**