# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON ELECTION INTEGRITY COALITION UNITED et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GARTH FELL et al.,<br><br>　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:21-cv-01354-LK |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT for the reasons set forth in the Court's September 30, 2022 Order, judgment is entered in favor of Defendants and against Plaintiffs, and Plaintiffs' claims are dismissed without prejudice.

　　　　Dated October 3, 2022.

　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　*/s/Natalie Wood*
　　　　　　　　　　　　　　　　Deputy Clerk